IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DWAYNE K. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number CIV-10-567-C |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has filed an objection to the Report and Recommendation ("R&R") of Magistrate Judge Doyle W. Argo. In the R&R, Judge Argo determined that Defendant's denial of Plaintiff's application for disability insurance benefits was correct. However, Plaintiff's objection lacks specificity, fails to identify any factual or legal error, and makes no effort to focus the Court's attention on the alleged error. Consequently, and consistent with Tenth Circuit precedent, the Court finds Plaintiff has waived the right to review of the Magistrate Judge's findings. See United States v. One Parcel of Real Prop., 73 F.3d 1057, 1060 (10th Cir. 1996) ("[O]nly an objection that is sufficiently specific to focus the district court's attention on the factual and legal issues that are truly in dispute will advance the policies behind the Magistrate's Act that led us to adopt a waiver rule in the first instance."); see also Spaulding v. Astrue, 379 F.App'x 776 (10th Cir. 2010) (applying the rule in a Social Security case where the objection made the blanket statement that it reasserted the arguments made in the briefs to the magistrate judge).

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, affirms the denial of benefits to Plaintiff. A judgment will enter accordingly.

IT IS SO ORDERED this 16th day of August, 2011.

ROBIN J. CAUTHRON
United States District Judge